IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,          No. C 11-6166 CW

    Plaintiff,                      ORDER DENYING
                                      MOTION TO DISMISS
   v.

BILL DAVIS, INDIVIDUALLY and dba
WEST COAST CIGARS,

    Defendant.
_____/

On March 13, 2012, Defendant Bill Davis dba West Coast Cigars filed a motion to dismiss Plaintiff Joe Hand Promotions, Inc.'s First Amended Complaint, which alleges four claims for relief. Plaintiff has filed an opposition. The motion was taken under submission and decided on the papers. Having reviewed all the papers filed by the parties the Court finds that the allegations in the First Amended Complaint are sufficient to satisfy the requirements of Rule 8(a) of the Federal Rules of Civil Procedure in that they provide Defendant fair notice of legally cognizable claims and the grounds on which they rest. See Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007).

Accordingly, Defendant's motion to dismiss is denied.

IT IS SO ORDERED.

Dated: 5/14/2012

CLAUDIA WILKEN
United States District Judge