1  JENNIFER A. FRIEND (SBN 200146)
   WILLIAM J. MALL (SBN 149062)
2  6 Hutton Centre, Suite 1100
   Santa Ana, CA 92707
3  Telephone:      (714) 647-9700
   Facsimile:      (714) 647-9200
4  Email:      jfriend@selmanbreitman.com

5

6  Attorneys for Third-Party Defendant, DISH
   NETWORK LLC
7
                     UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA –
9

10  JOE HAND PROMOTIONS, INC.,                    CASE NO.    CV11-06166 CW

11              Plaintiff,                        [PROPOSED] REVISED CASE
                                                  MANAGEMENT ORDER
12         v.

13
    BILL DAVIS, INDIVIDUALLY and d/b/a
14  WEST COAST CIGARS,                            Hon. Claudia Wilken
                                                  Courtroom 2, 4th Floor
15              Defendants.

16  _____

17  BILL DAVIS, INDIVIDUALLY and d/b/a
    WEST COAST CIGARS,
18
           As Third Party Plaintiffs,
19
           v.
20
    DISH NETWORK L.L.C.
21
           Third Party Defendants.
22  _____

23

24        Pursuant to Third Party Defendant DISH NETWORK L.L.C.'s MOTION FOR

25  RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE

26  16-2(d), and the stipulation of the parties, the Court revises the Case Management Order as

27  follows:

28        ADR Session is to be held by:                                  11/30/13

Selman Breitman LLP
ATTORNEYS AT LAW

83494.1 949.34171

Date of next case management conference:                                          11/21/13

Completion of Fact Discovery:                                                           9/2/13

Disclosure of identities and reports of expert witnesses:               9/16/13

Completion of expert discovery:                                                       10/14/13

All case-dispositive motions to be heard at 2:00 p.m. on or before:   11/21/13

Final Pretrial Conference at 2:00 p.m. on:                                        2/19/14

A 3 day Court Trial will begin at 8:30 a.m. on:                                   3/3/14

A final Case Management Conference will be held on 11/21/13 whether or not dispositive motions are set (or on whatever date dispositive motions are set).  Briefing schedules remain as set in original Case Management Order.

IT IS SO ORDERED:

Dated:        5/16/2013

CLAUDIA WILKEN

UNITED STATES DISTRICT COURT JUDGE