JENNIFER A. FRIEND (SBN 200146)
WILLIAM J. MALL (SBN 149062)
6 Hutton Centre, Suite 1100
Santa Ana, CA 92707
Telephone: (714) 647-9700
Facsimile: (714) 647-9200
Email: jfriend@selmanbreitman.com

Attorneys for Third-Party Defendant, DISH NETWORK LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BILL DAVIS, INDIVIDUALLY and d/b/a WEST COAST CIGARS, <br><br> Defendants. | CASE NO. CV11-06166 CW <br><br> REVISED CASE MANAGEMENT ORDER <br><br><br> Hon. Claudia Wilken <br> Courtroom 2, 4th Floor |
| BILL DAVIS, INDIVIDUALLY and d/b/a WEST COAST CIGARS, <br><br> As Third Party Plaintiffs, <br><br> v. <br><br> DISH NETWORK L.L.C. <br><br> Third Party Defendants. | |

Pursuant to Third Party Defendant DISH NETWORK L.L.C.'s MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 16-2(d), and the stipulation of the parties, the Court revises the Case Management Order as follows:

ADR Session is to be held by: 11/30/13

| | | |
|---|---|---|
| 1 | Date of next case management conference: | 12/19/13 |
| 2 | Completion of Fact Discovery: | 9/2/13 |
| 3 | Disclosure of identities and reports of expert witnesses: | 9/16/13 |
| 4 | Completion of expert discovery: | 10/14/13 |
| 5 | All case-dispositive motions to be heard at 2:00 p.m. on or before: | 12/19/13 |
| 6 | Final Pretrial Conference at 2:00 p.m. on: | 2/26/14 |
| 7 | A 3 day Court Trial will begin at 8:30 a.m. on: | 3/10/14 |

A final Case Management Conference will be held on 12/19/13 whether or not dispositive motions are set (or on whatever date dispositive motions are set). Briefing schedules remain as set in original Case Management Order.

IT IS SO ORDERED:

Dated: 10/16/2013

CLAUDIA WILKEN

UNITED STATES DISTRICT COURT JUDGE