IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BILL DAVIS individually doing business as West Coast Cigars, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-6166 CW<br><br><u>CONDITIONAL ORDER</u><br><u>OF DISMISSAL</u> |

The Court having been advised that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  The motion hearing, further case management conference, pre-trial conference, and trial dates are vacated. All pending motions are terminated.

Dated: 11/13/2013

                                      CLAUDIA WILKEN
                                      United States District Judge